24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

NO.: 8410.0760     HURRICANE CASE     DIV. "



WILLWOODS COMMUNITY, WILL WOODS V, WILL WOODS VII, WILL WOODS, VIII, PONTCHARTRAIN HOUSING CORP. I, PONTCHARTRAIN HOUSING CORP. II, PONTCHARTRAIN HOUSING CORP. III, AND WALMSLEY HOUSING CORPORATION

V.

CERTAIN UNDERWRITERS AT LLOYD'S, LONDON SUBSCRIBING TO POLICY NUMBER AMR-36824-07, INDIAN HARBOR INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER AMP7520990-08, LEXINGTON INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER LEX-084299420-06, QBE SPECIALTY INSURANCE COMPANY SUBSCRIBING TO POLICY MSP-10671-12, STEADFAST INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER CPP9190623-12, UNITED SPECIALITY INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER USI-15494-06, GENERAL SECURITY INDEMNITY COMPANY OF ARIZONA SUBSCRIBING TO POLICY NUMBER 10T029659-04728-21-06, HDI GLOBAL SPECIALITY SE FORMALLY KNOWN AS INTERNATIONAL INSURANCE CO. OF HANNOVER, SE SUBSCRIBING TO POLICY NUMBER HAN-14696-06, OLD REPUBLIC UNION INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER ORAMPR000630-04, GEOVERA SPECIALTY INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER GVS-11568-00, TRANSVERSE SPECIALTY INSURANCE COMPANY SUBSCRIBING TO POLICY NUMBER TSAMPR0001039-00

FILED: _____     _____

DEPUTY CLERK

PETITION FOR INDEMNITY PURSUANT
TO BREACH OF INSURANCE CONTRACT

NOW INTO COURT, through undersigned counsel, comes Plaintiff, Willwoods Community, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Will Woods V, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Will Woods VII, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Will Woods VIII, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Pontchartrain Housing Corp. I, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Pontchartrain Housing Corp. II, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, Plaintiff, Pontchartrain Housing Corp. III, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana, and Plaintiff, Walmsley Housing Corporation, a non-profit corporation domiciled and doing business in Orleans Parish, Louisiana ("Plaintiffs"), who represent the following:

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT

**1.**

**DEFENDANTS**

Made Defendants herein are Certain Underwriters at Lloyd's, London Subscribing to Policy Number AMR-36824-07, a foreign Insurer authorized to do and doing business in the State of Louisiana, Indian Harbor Insurance Company Subscribing to Policy Number AMP7520990-08, a foreign Insurer authorized to do and doing business in the State of Louisiana, Lexington Insurance Company Subscribing to Policy Number LEX-084299420-06, a foreign Insurer authorized to do and doing business in the State of Louisiana, QBE Specialty Insurance Company Subscribing to Policy MSP-10671-12, a foreign Insurer authorized to do and doing business in the State of Louisiana, Steadfast Insurance Company Subscribing to Policy Number CPP9190623-12, a foreign Insurer authorized to do and doing business in the State of Louisiana, United Specialty Insurance Company Subscribing to Policy Number USI-15494-06, a foreign Insurer authorized to do and doing business in the State of Louisiana, General Security Indemnity Company Of Arizona Subscribing to Policy Number 10T029659-04728-21-06, a foreign Insurer authorized to do and doing business in the State of Louisiana, HDI Global Specialty SE Formally Known as International Insurance Co. of Hannover, SE Subscribing to Policy Number Han-14696-06, a foreign Insurer authorized to do and doing business in the State of Louisiana, Old Republic Union Insurance Company Subscribing to Policy Number ORAMPR000630-04, a foreign Insurer authorized to do and doing business in the State of Louisiana, GeoVera Specialty Insurance Company Subscribing to Policy Number GVS-11568-00, a foreign Insurer authorized to do and doing business in the State of Louisiana, and Transverse Specialty Insurance Company Subscribing to Policy Number TSAMPR0001039-00, a foreign Insurer authorized to do and doing business in the State of Louisiana.

**2.**

Defendants issued Policies AMR-36824-07, AMP7520990-08, LEX-084299420-06, MSP-10671-12, CPP9190623-12, USI-15494-06, 10T029659-04728-21-06, HAN-14696-06, ORAMPR000630-04, GVS-11568-00, and TSAMPR0001039-00 of property insurance to Plaintiffs, Willwoods Community, Will Woods V, Will Woods VII, Will Woods VIII, Pontchartrain Housing Corp. I, Pontchartrain Housing Corp. II, Pontchartrain Housing Corp. III, and Walmsley Housing Corporation, which policies were fully in force and effect on August 29, 2021, covering the properties of Belle Pointe Apartments: 8875-8893 Richmond Drive, LaPlace, Louisiana 70068, Belle Terre Village Apartments: 105 Kembra Drive, LaPlace, Louisiana 70068,

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT

Sherwood Court Apartments: 1000 Windsor Street, LaPlace, Louisiana 70068, Cascades Apartments: 2212 North Arnoult Road, Metairie, Louisiana 70001, Courtyard Apartments: 1620 Carol Sue Avenue, Gretna, Louisiana 70053, Holy Angels Apartments: 3523 North Rampart Street, New Orleans, Louisiana 70117, River Road Apts.: 100-A East Club Drive, Saint Rose, Louisiana 70087, Rock Creek Apartments: 4817 York Street, Metairie, Louisiana 70001, Timber Ridge Apts.: 6364 Woodland Highway, New Orleans, Louisiana 70131 (the "properties").

### 3.
### JURISDICTION AND VENUE

Jurisdiction and venue are proper in this Court pursuant to Louisiana Code of Civil Procedure articles 76 and 76.1 because a portion of the loss under the insurance policies was sustained in Jefferson Parish. Additionally, pursuant to Louisiana Code of Civil Procedure article 80, an action involving immovable property, consisting of one or more tracts that are situated in more than one parish may be brought in any of the parishes in which the properties are situated.

### 4.
### BACKGROUND

Plaintiffs own and have owned at all pertinent times herein the property and contents at Belle Pointe Apartments: 8875-8893 Richmond Drive, LaPlace, Louisiana 70068, Belle Terre Village Apartments: 105 Kembra Drive, LaPlace, Louisiana 70068, Sherwood Court Apartments: 1000 Windsor Street, LaPlace, Louisiana 70068, Cascades Apartments: 2212 North Arnoult Road, Metairie, Louisiana 70001, Courtyard Apartments: 1620 Carol Sue Avenue, Gretna, Louisiana 70053, Holy Angels Apartments: 3523 North Rampart Street, New Orleans, Louisiana 70117, River Road Apts.: 100-A East Club Drive, Saint Rose, Louisiana 70087, Rock Creek Apartments: 4817 York Street, Metairie, Louisiana 70001, Timber Ridge Apts.: 6364 Woodland Highway, New Orleans, Louisiana 70131.

### 5.

On or about August 29, 2021, Hurricane Ida came ashore into south Louisiana as a Category IV hurricane with sustained winds at 150 miles per hour.

As a direct of the hurricane force winds, the structures of the insureds suffered severe and significant damages.

### 6.

On or about May 4, 2022, Defendants were provided a "Proof of Loss" for the damages sustained pursuant to the storm.

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT

**7.**

Defendants failed to make full and timely payment pursuant to the provisions of La. R.S. 22:1973 & La. R.S. 22:1892.

**8.**

Pursuant to La. R.S. 22:1892, the insurers has thirty (30) days within which to make payment on a claim after receiving satisfactory proof of loss.

**9.**

Defendants have failed to make full payment on the claim despite receiving satisfactory proof of claim on or before May 4, 2022.

**10.**

Defendants' failure to pay on the claim is arbitrary, capricious and in bad faith and constitutes a vexatious conduct on the part of the insurer.

**11**.

As a result of Defendants' arbitrary, capricious and bad faith failure to pay on the claims subjects it to penalties and attorney fees La. R.S. 22:1973 & La. R.S. 22:1892.

**PRAYER FOR RELIEF WHEREFORE,** Plaintiffs, Willwoods Community, Will Woods V, Will Woods VII, Will Woods VIII, Pontchartrain Housing Corp. I, Pontchartrain Housing Corp. II, Pontchartrain Housing Corp. III, and Walmsley Housing Corporation, pray that Defendants, Certain Underwriters at Lloyd's, London Subscribing to Policy Number AMR-36824-07, Indian Harbor Insurance Company Subscribing to Policy Number AMP7520990-08, Lexington Insurance Company Subscribing to Policy Number LEX-084299420-06, QBE Specialty Insurance Company Subscribing to Policy MSP-10671-12, Steadfast Insurance Company Subscribing to Policy Number CPP9190623-12, United Specialty Insurance Company Subscribing to Policy Number USI-15494-06, General Security Indemnity Company Of Arizona Subscribing to Policy Number 10T029659-04728-21-06, HDI Global Specialty SE Formally Known as International Insurance Co. of Hannover, SE Subscribing to Policy Number Han-14696-06, Old Republic Union Insurance Company Subscribing to Policy Number ORAMPR000630-04, GeoVera Specialty Insurance Company Subscribing to Policy Number GVS-11568-00, and Transverse Specialty Insurance Company Subscribing to Policy Number TSAMPR0001039-00,

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT

be duly cited to appear and answer this Petition and that, after due proceedings, there be a judgment herein in favor of Plaintiffs, Willwoods Community, Will Woods V, Will Woods VII, Will Woods VIII, Pontchartrain Housing Corp. I, Pontchartrain Housing Corp. II, Pontchartrain Housing Corp. III, and Walmsley Housing Corporation, and against Certain Underwriters at Lloyd's, London Subscribing to Policy Number AMR-36824-07, Indian Harbor Insurance Company Subscribing to Policy Number AMP7520990-08, Lexington Insurance Company Subscribing to Policy Number LEX-084299420-06, QBE Specialty Insurance Company Subscribing to Policy MSP-10671-12, Steadfast Insurance Company Subscribing to Policy Number CPP9190623-12, United Specialty Insurance Company Subscribing to Policy Number USI-15494-06, General Security Indemnity Company Of Arizona Subscribing to Policy Number 10T029659-04728-21-06, HDI Global Specialty SE Formally Known as International Insurance Co. of Hannover, SE Subscribing to Policy Number Han-14696-06, Old Republic Union Insurance Company Subscribing to Policy Number ORAMPR000630-04, GeoVera Specialty Insurance Company Subscribing to Policy Number GVS-11568-00, and Transverse Specialty Insurance Company Subscribing to Policy Number TSAMPR0001039-00, for the full limits of coverage under Policies AMR-36824-07, AMP7520990-08, LEX-084299420-06, MSP-10671-12, CPP9190623-12, USI-15494-06, 10T029659-04728-21-06, HAN-14696-06, ORAMPR000630-04, GVS-11568-00, and TSAMPR0001039-00, for penalties in the amount of 50% of the outstanding amounts due and owing and for attorney fees as provided for under La. R.S. 22:1892 and La. R.S. 22:1973 and other relevant and appropriate statutes, all damages that are reasonable in the premises, attorney fees, costs, expenses, legal interest from the date of judicial demand, and for all general and equitable relief as this Court deems fit.

Respectfully submitted,

**F. EVANS SCHMIDT,** La. Bar No. #21863
**CLARA VAN HORN**, La. Bar No. #40138
KOCH & SCHMIDT, L.L.C.
650 Poydras Street, Suite 2660
New Orleans, Louisiana 70130
Telephone: (504) 208-9040
Facsimile: (504) 208-9041
Email: feschmidt@kochschmidt.com
       cvanhorn@kochshcmidt.com
Counsel for Plaintiffs

PLEASE SERVE:

Underwriters At Lloyd's, London (Lloyds of London)
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Indian Harbor Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Lexington Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

CK # 3680  $ 550.00
CK # 3679  $ 444.84

QBE Specialty Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Steadfast Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

United Specialty Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

General Security Indemnity Company of Arizona
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

HDI Global Specialty SE formally known as International Insurance Co., of Hannover, SE
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Old Republic Union Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

GeoVera Specialty Insurance Company
*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

Transverse Specialty Insurance Company

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT

*Via its registered agent*
Louisiana Secretary of State
8585 Archives Avenue
Baton Rouge, LA 70809

24th E-Filed: 08/26/2023 18:07 Case: 846076 Div:P Atty:021863 FREDERICK E SCHMIDT